**No. P67/86.**—Globe Importing Co. and Durst Industries, Inc. *v.* United States, protests 65/15185 and 66/2408 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass strainers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488, Abstract 69651), the claim of the plaintiffs was sustained.

**No. P67/87.**—Oxford International Corp. *v.* United States, protest 66/9986–15321 (Chicago).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of hand-operated (not battery-operated) sirens similar in all material respects to those the subject of *Oxford International Corp.* v. *United States* (55 Cust. Ct. 472, Abstract 69607), the claim of the plaintiff was sustained.

(Note: The following protest was decided by a special second division consisting of Rao, Ford, and Richardson, Judges.)

**No. P67/88.**—Reliance Merchandise Co., Inc. *v.* United States, protest 59/9222 (Los Angeles).

Richardson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 30, 1967

**No. P67/89.**—Harper, Robinson & Co. *v.* United States, protest 63/16000 (Seattle).

Rao, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of testers similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.